| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS, CIVIL COVER SHEET, COMPLAINT EFFECTED (1) BY ME: KERON CAMPBELL TITLE: PROCESS SERVER | DATE: 9/30/2014 10:10:54 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

AUXILIUM PHARMACUETICALS INC

Place where served:

640 LEE RD   CHESTERBROOK  PA  19087

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ANN MARIE TUCCI

Relationship to defendant   **ASSISTANT**

Description of Person Accepting Service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 6 / 20 14

SIGNATURE OF /KERON CAMPBELL L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Daniel J. Streckewald, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires June 4, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

ATTORNEY: ALONSO KRANGLE, ESQ
PLAINTIFF: CARL MONTINO
DEFENDANT: AUXILIUM PHARMACUETICALS INC
VENUE: DISTRICT
DOCKET: 1 14 CV 07159
COMMENT:

State of PA   County of Phila

The foregoing instrument was acknowledged before me on this 6 day of October, 20 14 by Keron Campbell

Notary Public Signature