# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Carl Montino

                                              Plaintiff,

v.                                                                              Case No.: 1:14–cv–07159
                                                                             Honorable Matthew F. Kennelly

Auxilium Pharmaceuticals, Inc.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 15, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Applications to appear pro hac vice [4] and [5] are granted. Counsel is directed to contact the Clerk's Office to establish e−filing accounts in this district. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.